April 4, 1972

No. 72–9 Richard D. Stewart, AB, U. S. Air Force v United States.

On consideration of the "Petition for Extraordinary Relief and Motion to File Attachments"[1] filed in the above-entitled action, it appearing that the issue of the legality of the action transferring petitioner from 3320th Retraining Group, Lowry Air Force Base, Colorado, to the United States Disciplinary Barracks, Fort Leavenworth, Kansas, for confinement therein, was considered by the United States Air Force Court of Military Review, which tribunal affirmed the findings and sentence on March 10, 1972, it is, by the Court, this 4th day of April 1972,

ORDERED:

That said Petition be, and the same is hereby, denied without prejudice to the right of the petitioner to assign said issue in a petition for review filed pursuant to Article 67(b)(3) and (c), Uniform Code of Military Justice, 10 USC §§ 867(b)(3) and (c).

May 12, 1972

No. 72–15 George M. Daly, MAJ, U. S. Army v Honorable Robert H. Froehlke, Secretary of the Army; MG Verne L. Bowers, Adjutant General of the Army; Commanding General, United States Army Support Command Thailand; Commanding General, United States Military Assistance Command and Joint United States Military Advisory Group Thailand; and Chief, Army Advisory Group, Joint United States Military Advisory Group Thailand.

On consideration of the Petition for Extraordinary Relief filed in the above-entitled action, it appearing that the charges originally preferred against petitioner on December 22, 1970, have been withdrawn, and no further action with a view to trial by court-martial is pending or contemplated, and it further appearing that the elimination proceedings, initiated pursuant to Army Regulations 635–100, which are the subject of petitioner's complaint, are administrative in nature, albeit predicated upon the same facts which gave rise to the charges referred to above, it is, by the Court, this 12th day of May 1972,

ORDERED:

That said Petition be, and the same is hereby, dismissed for lack of jurisdiction. Mueller v Brown, 18 USCMA 534, 40 CMR 246 (1969); Manning v Healey, 19 USCMA 636 (1970); In re Taylor, 12 USCMA 427, 31 CMR 13 (1961); Herrod v Widdecke, 19 USCMA 574, 42 CMR 176 (1970); Hurt v Cooksey, 19 USCMA 584, 42 CMR 186 (1970).

June 9, 1972

---

[1] Since the attachments referred to are submitted in support of, and contemporaneously with, the Petition, a motion for leave to file same is unnecessary.